GLENN H. TRUITT, ESQ. (Nevada Bar No. 12506)
gtruitt@privatewealthlawinc.com
**PRIVATE WEALTH LAW, INC.**
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
Telephone: (702) 852-6601

*Attorneys for Plaintiff,*
*Lab Technology LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAB TECHNOLOGY LLC | Case No.  2:26-cv-00284 |
| Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| vs. | |
| TELUS INTERNATIONAL (U.S.) CORP., | **(FIRST REQUEST)** |
| Defendant. | |

– 1 –

Plaintiff Lab Technology, LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant Telus International (U.S.) Corp. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement for thirty (30) days, until and including April 3, 2026.

On February 5, 2026, Plaintiff filed its Complaint in this Court. Defendant was served on February 11, 2026. Defendant's response to the Complaint is currently due March 4, 2026.

The parties are engaged in settlement discussions and request this extension in the interest of reaching a timely agreement. Plaintiff has conferred with Defendant, and Defendant assents to the relief sought herein. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists for the requested extension. This is the first request for an extension of this nature.

Dated February 27, 2026.                                      Respectfully submitted,

/s/ Glenn H. Truitt, Esq.
Glenn H. Truitt, Esq.
Private Wealth Law, Inc.
400 South Fourth Street, Suite 540 Las Vegas, NV 89101
(702) 852-6601
gtruitt@privatewealthlawinc.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming) 4311 N Ravenswood Ave Suite 315 Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff Lab Technology LLC**

**IT IS SO ORDERED**

**DATED:** 1:50 pm, March 02, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

– 2 –

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Glenn H. Truitt, Esq.
Glenn H. Truitt, Esq.